# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JON GRAY,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS'<br>ASSOCIATION dba SFDSA, DOES 1-10,<br><br>                    Defendants. | Case No. 13-cv-04340 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William Alsup to determine whether it is related to *Jon Gray v. City and County of San Francisco*, No. 13-cv-03513 WHA.

    IT IS SO ORDERED.

    Date: October 2, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge