1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JON GRAY,<br><br>             Plaintiff,<br><br>      v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS'<br>ASSOCIATION dba SFDSA, DOES 1-10,<br><br>          Defendants. | Case No. 13-cv-04340 NC<br><br>**SUA SPONTE JUDICIAL<br>REFERRAL FOR PURPOSES OF<br>DETERMINING RELATIONSHIP<br>OF CASES** |

12
13
14
15
16
17
18

     In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19

above captioned case is referred to Judge William Alsup to determine whether it is related

20

to *Jon Gray v. City and County of San Francisco*, No. 13-cv-03513 WHA.

21

     IT IS SO ORDERED.

22

     Date: October 2, 2013

23

_____
Nathanael M. Cousins
United States Magistrate Judge

24
25
26
27
28

Case No. 13-cv-04340 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES