IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

        Plaintiff,

  v.

SAN FRANCISCO DEPUTY SHERIFFS ASSOCIATION,

        Defendant.

No. C 13-04340 WHA

**ORDER RE MOTION FOR RECONSIDERATION**

On November 5, 2013, plaintiff filed a motion for reconsideration of the order denying his motion to proceed in forma pauperis. This order notes that plaintiff states in his motion for reconsideration that he is "unemployed and presently is not receiving net income" (Br. at 1). Yet, he also states in the same motion that he "was recently transferred by his *employer* to work in San Jose full time . . . ." (*id.* at 2) (emphasis added). Setting aside this contradiction, plaintiff has failed to show sufficient cause to reverse the previous order denying his IFP status. Thus, plaintiff's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE